1
2
3
4
5
6                                        UNITED STATES DISTRICT COURT
7                                        NORTHERN DISTRICT OF CALIFORNIA
8                                                  EUREKA DIVISION
9

| 10 | KENNETH DEAN BARKSDALE, | Case No.: 5:09-cv-05028-LHK |
|----|---|---|
| 11 | Plaintiff, | **ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF KENNETH DEAN BARKSDALE, CDCR # C-48241** |
| 12 | v. | |
| 13 | J. CERMENO, D. JOHNSTON, SVSP-CDCR EMPLOYEES, | |
| 14 | | |
| 15 | Defendants. | |

16   Plaintiff Kenneth Dean Barksdale, CDCR # C-48241, is a necessary and material witness to
17 the settlement conference scheduled to take place before the Honorable Nandor Vadas on December
18 16, 2010 at 11:00 a.m. at California State Prison, Solano. Mr. Barksdale is currently confined at
19 California State Prison, Los Angeles County, in Lancaster, California, in the custody of the Warden.
20 In order to secure Mr. Barksdale's attendance at this settlement conference, it is necessary that a Writ
21 of Habeas Corpus Ad Testificandum issue, commanding Mr. Barksdale's custodian to produce him
22 at California State Prison, Solano, located at 2100 Peabody Road, in Vacaville, California.
23 ACCORDINGLY, IT IS ORDERED that:
24   1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court,
25 commanding the Warden of California State Prison, Los Angeles County, and the California
26 Department of Corrections and Rehabilitation to produce inmate Kenneth Dean Barksdale, CDCR #
27 C-48241 for a settlement conference at California State Prison, Solano to be held on December 16,
28 2010, until the completion of this proceeding or as ordered by the Court, and thereafter to return Mr.

1  Barksdale to California State Prison, Los Angeles County.

2      2.  The custodian is further ordered to notify the Court of any change in the custody of Mr.

3  Barksdale, and is ordered to provide the new custodian with a copy of this writ.

4

5  WRIT OF HABEAS CORPUS AD TESTIFICANDUM

6      To: The Warden of California State Prison, Los Angeles County.

7      YOU ARE COMMANDED to produce inmate Kenneth Dean Barksdale, CDCR # C-48241,

8  for a settlement conference at California State Prison, Solano before the Honorable Nandor Vadas to

9  be held on December 16, 2010, until completion of this proceeding or as ordered by the Court, and

10  thereafter return Mr. Barksdale to California State Prison, Los Angeles County.

11      FURTHER, you have been ordered to notify the Court of any changes in the custody of Mr.

12  Barksdale and to provide the new custodian with a copy of this writ.

13

14

15  Dated:  November 19, 2010

16      The

17      Unit

*IT IS SO ORDERED*

*Judge Nandor J. Vadas*

2

ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM

*Barksdale v. Cermeno, et al*
5:09-cv-05028-LHK