1  J. RANDALL ANDRADA (SBN 70000)
   randrada@andradalaw.com
2  NICOLE ROMAN (SBN 267730)
   nroman@andradalaw.com
3  **ANDRADA & ASSOCIATES**
   **PROFESSIONAL CORPORATION**
4  180 Grand Avenue, Suite 225
   Oakland, California  94612
5  Tel.:   (510) 287-4160
   Fax:   (510) 287-4161

Attorneys for Defendants
J. CERMENO AND D. JOHNSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KENNETH DEAN BARKSDALE,<br><br>      Plaintiff,<br><br>   v.<br><br>J. CERMENO, D. JOHNSTON, SVSP-CDCR EMPLOYEES,<br><br>      Defendants. | Case No.:  5:09-cv-05028-LHK NJV<br><br>**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF KENNETH DEAN BARKSDALE, CDCR # C-48241** |

   Plaintiff Kenneth Dean Barksdale, CDCR # C-48241, is a necessary and material witness to the settlement conference scheduled to take place before the Honorable Nandor Vadas on March 22, 2011 at 1:00 a.m. at California State Prison, Solano.  Mr. Barksdale is currently confined at California State Prison, Los Angeles County, in Lancaster, California, in the custody of the Warden.  In order to secure Mr. Barksdale's attendance at this settlement conference, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue, commanding Mr. Barksdale's custodian to produce him at California State Prison, Solano, located at 2100 Peabody Road, in Vacaville, California.

///

1

{00071264.DOC/}DOC 0855                                                                                    *Barksdale v. Cermeno, et al*
.[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM                    5:09-cv-05028-LHK

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding the Warden of California State Prison, Los Angeles County, and the California Department of Corrections and Rehabilitation to produce inmate Kenneth Dean Barksdale, CDCR # C-48241, on March 22, 2011, for a settlement conference at California State Prison, Solano to be held on March 22, 2011, until the completion of this proceeding or as ordered by the Court, and thereafter to return Mr. Barksdale to California State Prison, Los Angeles County.

2. The custodian is further ordered to notify the Court of any change in the custody of Mr. Barksdale, and is ordered to provide the new custodian with a copy of this writ.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Warden of California State Prison, Los Angeles County.

YOU ARE COMMANDED to produce inmate Kenneth Dean Barksdale, CDCR # C-48241 on March 22, 2011, for a settlement conference at California State Prison, Solano, before the Honorable Nandor Vadas to be held on March 22, 2011, until completion of this proceeding or as ordered by the Court, and thereafter return Mr. Barksdale to California State Prison, Los Angeles County.

FURTHER, you have been ordered to notify the Court of any changes in the custody of Mr. Barksdale and to provide the new custodian with a copy of this writ.

Dated: February 24, 2011



The Honorable Nandor J. Vadas
United States Magistrate Judge

{00071264.DOC/}DOC 0855  
.[PROPOSED] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM

*Barksdale v. Cermeno, et al*  
5:09-cv-05028-LHK