IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DEAN BARKSDALE,           )<br>                                                      )<br>           Plaintiff,                        )<br>                                                      )<br>   vs.                                             )<br>                                                      )<br>J. CERMENO, et al.,                     )<br>                                                      )<br>           Defendants.                    )<br>_____ ) | No. C 09-5028 LHK (PR)<br><br>JUDGMENT |

     This action is dismissed with prejudice pursuant to the parties' stipulation for voluntary dismissal. (Docket Nos. 34, 35.) The Clerk of the Court shall terminate any pending motions and close the file.

     IT IS SO ORDERED.

DATED: __4/24/11_____                    *Lucy H. Koh*
                                                                LUCY H. KOH
                                                                 United States District Judge