UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KENNETH DEAN BARKSDALE, | No. C 09-5028 LHK/NJV (PR) |
| Plaintiff, | |
| v. | ORDER RE RECEIPT OF DOCUMENTS |
| J. CERMENO, et al., | |
| Defendants. | |

The parties are HEREBY INFORMED that any document through which a party seeks relief from the Court must be filed with the Court and served on the opposing party in compliance with the Local Rules and the Federal Rules of Civil Procedure. Any document received by the Court which does not meet these requirements will be returned to the sending party.

Accordingly, the Court hereby returns to Plaintiff an original letter dated 5-5-11, which was received by the Court. This document does not contain proof of service on the opposing party.

The status conference in this case remains set for Monday, June 20, 2011, at 1:00 p.m.

IT IS SO ORDERED.

Dated: June 9, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KENNETH DEAN BARKSDALE, | No. C 09-5028 LHK/NJV (PR) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| J. CERMENO, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on June 9, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Kenneth Dean Barksdale
C-48241
California State Prison, Los Angeles County
Housing Unit: C1 Cell: 219 L
P.O. Box 4610
Lancaster, CA 93539

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas