UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KENNETH DEAN BARKSDALE, | No. C 09-5028 LHK/NJV (PR) |
| Plaintiff, | |
| v. | ORDER VACATING STATUS CONFERENCE |
| J. CERMENO, et al., | |
| Defendants. | |

The status conference previously set in this case is HEREBY VACATED. The matter has been resolved as set forth in the letter from Nicole Roman dated June 20, 2011. (Docket No. 39.)

IT IS SO ORDERED.

Dated: June 24, 2011

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KENNETH DEAN BARKSDALE, | No. C 09-5028 LHK/NJV (PR) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| J. CERMENO, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on June 24, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Kenneth Dean Barksdale
C-48241
California State Prison, Los Angeles County
Housing Unit: C1 Cell: 219 L
P.O. Box 4610
Lancaster, CA 93539

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2